

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOEL ANGEL LOPEZ | § | No. 08-21-00170-CR |
| Appellant, | § | Appeal from the |
| v. | § | 413th Judicial District Court |
| THE STATE OF TEXAS, | § | of Johnson County, Texas |
| Appellee. | § | (TC# DC-F201900041) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF NOVEMBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.